FORM B5
(6/90)

## FORM 5.  INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern **District of** Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| Pinnacle Construction Services, Inc. | |
| Last four digits of Soc. Sec. No./Complete Tax I.D. No.   36-4389765 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 1304 Clark, North Aurora, IL 60542 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Kane | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

### CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7    [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[✓] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
[ ] Individual    [ ] Corporation Publicly Held
[ ] Partnership   [✓] Corporation Not Publicly Held
[ ] Other: _____

A. TYPE OF BUSINESS (Check one)
[ ] Professional    [ ] Transportation    [ ] Commodity Broker
[ ] Retail/Wholesale [ ] Manufacturing/    [✓] Construction
[ ] Railroad         [ ] Mining            [ ] Real Estate
                     [ ] Stockbroker       [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
Painting company.

### VENUE

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS (Check applicable boxes)

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
  b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/12/2004
Time: 15:11:06
Debtor:
Case: 04-09965    Fee : 209
Chapter: 7 Rec. # : 3068236
Judge: Initials MB
341 mtg: 04/26/2004 @ 12:30PM
Trustee: BARRY CHATZ

1:04BK09965-BK001

FORM 5 Involuntary Petition
(6/92)

Name of Debtor P.L. Minelli Painting, Inc.

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)
Charles E. Anderson, Trustee    3-11-04
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Painters' District Council No. 30 Pension Fund, 3813 Illinois Ave., St. Charles, IL 60174

X _[signature]_ Thomas J. Angell 3/12/04
Signature of Attorney    Date
Jacobs, Burns, Orlove, Stanton & Hernandez
Name of Attorney Firm (If any)
Address: 122 S. Michigan Ave., Ste. 1720, Chicago, IL 60603-6145
Telephone No.: 312.327.3437

X _[signature]_
Signature of Petitioner or Representative (State title)
Charles E. Anderson, Trustee    3-11-04
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Painters' District Council No. 30 Health & Welfare Fund
Same as above

X _[signature]_ 3/12/04
Signature of Attorney    Date
Same as above
Name of Attorney Firm (If any)
Address
Telephone No.

X _[signature]_
Signature of Petitioner or Representative (State title)
Tom Tully, Trustee    3-11-04
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Painters' District Council No. 30 Apprenticeship & Training Fund
Same as above

X _[signature]_ 3/12/04
Signature of Attorney    Date
Same as above
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Trustee Anderson for Painters' District Council No. 30 Pension Fund (See above) | Contribution obligations (minimum owed) | $ 23,458.93 |
| Trustee Anderson for Painters' District Council No. 30 H & W Fund (See above) | Contribution obligations (minimum owed) | $ 37,946.70 |
| Trustee Tully for Painters' District Council No. 30 Apprenticeship & Training Fund (See above) | Contribution obligations (minimum owed) | $ 2,587.28 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $ 63,992.91 |

_____ continuation sheets attached