**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PINNACLE CONSTRUCTION SERVICES, INC | ) | |
| | ) | CASE NO. 04-09965 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
        Kane County Courthouse
        100 S. 3rd Street, Courtroom 140
        Geneva, IL  60134

   On:  **November 15, 2007**
   At:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $    58,672.45

   b. Disbursements                         $     5,090.00

   c. Net Cash Available for Distribution   $    53,582.45

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $    200.00 |
| All Other Expenses | | | |
| JOSEPH R. VOILAND Trustee | $ | $    6,183.62 | $ |

| | | | |
|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee | $ | $ | $ 1,084.91 |
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | $ 10,222.50 | $ |
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | $ | $ 30.94 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $126,360.05 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 27.31%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1A | Chicago District Council of Carpenters | $ 40,525.35 | $ 11,067.97 |
| 15A | Painters District Council No. 30 | $ 85,834.70 | $ 23,442.51 |

6. Claims of general unsecured creditors totaling $513,872.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Checking Account (Bank One) - $0.00; Certificate of Deposit (Bank One) - $20,000.00; Checking Account (Citizens Genoa) - $0.00; Office Equipment - $1,050.00; Acct. Rec. (Alden-Bennett) - $816.00; Acct. Rec. (Cayco) - $31,752.00; Acct. Rec. (G.M. Harston Construction Co.) - $13,311.06; Acct. Rec. (Hines VA Hospital) - $2,100.00; Acct. Rec. (Perry Kessler Construction) - $13,983.34; Acct. Rec. (Piggush Simoneau, Inc.) – $55,485.04; Acct. Rec. (Rubloff Development) - $32,922.25; Acct. Rec. (Skansa) – $976.00; Acct. Rec. (Tangle Wood Development) - $43,465.00; Acct. Rec. ((Tri-North Builders) - $4,117.32; Paper, Copier and Computer - $400.00; Machinery, Equipment & Tools - $28,851.00; Cause of Action (Carpenters and Painters Union) - $0.00

    The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **October 16, 2007**   For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604