**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:                                              )         CHAPTER 7 CASE
PINNACLE CONSTRUCTION SERVICES, INC      )
                                                    )         CASE NO. 04-09965
                                                    )
                                                    )         JUDGE MANUEL BARBOSA
Debtor(s)                                           )

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a
Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
>         Kane County Courthouse
>         100 S. 3rd Street, Courtroom 140
>         Geneva, IL  60134
>
> On:    **November 15, 2007**
> At:    **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report,
ruling on applications for compensation and expenses and any objections to the pending
applications and transacting such other business as may be properly notices before the
Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT
IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

         a. Receipts                                $_____58,672.45

         b. Disbursements                           $_____5,090.00

         c. Net Cash Available for Distribution     $_____53,582.45

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|---|
| | $ | | $ | | $ | 200.00 |
| All Other Expenses | | | | | | |
| JOSEPH R. VOILAND | $ | | $ | 6,183.62 | $ | |
| Trustee | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee | $ | | $ | | $ | 1,084.91 |
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | | $ | 10,222.50 | $ | |
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | | $ | | $ | 30.94 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $126,360.05 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 27.31%.

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | | Proposed<br>Payment |
|---|---|---|---|---|
| 1A | Chicago District Council of Carpenters | $ | 40,525.35 | $ | 11,067.97 |
| 15A | Painters District Council No. 30 | $ | 85,834.70 | $ | 23,442.51 |

6.      Claims of general unsecured creditors totaling $513,872.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $0.00%.

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has not been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:

Checking Account (Bank One) - $0.00; Certificate of Deposit (Bank One) - $20,000.00; Checking Account (Citizens Genoa) - $0.00; Office Equipment - $1,050.00; Acct. Rec. (Alden-Bennett) - $816.00; Acct. Rec. (Cayco) - $31,752.00; Acct. Rec. (G.M. Harston Construction Co.) - $13,311.06; Acct. Rec. (Hines VA Hospital) - $2,100.00; Acct. Rec. (Perry Kessler Construction) - $13,983.34; Acct. Rec. (Piggush Simoneau, Inc.) – $55,485.04; Acct. Rec. (Rubloff Development) - $32,922.25; Acct. Rec. (Skansa) – $976.00; Acct. Rec. (Tangle Wood Development) - $43,465.00; Acct. Rec. ((Tri-North Builders) - $4,117.32; Paper, Copier and Computer - $400.00; Machinery, Equipment & Tools - $28,851.00; Cause of Action (Carpenters and Painters Union) - $0.00

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **October 16, 2007**                    For the Court,


By:   **KENNETH S. GARDNER**
        Kenneth S. Gardner
        Clerk of the United States Bankruptcy Court
        219 S. Dearborn Street, 7th Floor
        Chicago, IL  60604

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Oct 16, 2007
Case: 04-09965               Form ID: pdf002           Total Served: 47
```

The following entities were served by first class mail on Oct 18, 2007.

```
aty       +James A Young,   James A Young & Associates, Ltd.,   47 DuPage Court,   Elgin, IL 60120-6421
aty       +John Ruddy,   Ruddy Varga & Milroy,   1700 N Farnsworth Ave,   Suite 12,   Aurora, IL 60505-1186
aty       +Thomas J. Angell,   Jacobs, Burns, Orlove, Stanton Etal,   122 South Michigan Avenue,
            Suite 1720,   Chicago, IL 60603-6145
tr        +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
adb       +Pinnacle Construction Services Inc,   1304 Clark,   North Aurora, Il 60542-9033
8172349    Advanta,   P O BO X 30715,   Salt Lake City, UT 84130
8172350   +American Express,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
8172351   +Ames Tools & Supplies,   P O BOX 100029,   Duluth, GA 30096-9429
8172352   +Badgerland Supply Inc,   P O BOX 259066,   Madison, WI 53725-9066
8172353   +Bank One,   P O BOX 8650,   Wilmington, DE 19899-8650
8172354   +Bull Dog Tools & Fasterners,   1147 N Ellsworth Ave,   Villa Park, IL 60181-1040
8172355   +Capital One,   P O BOX 85015,   Richmond, VA 23285-5015
8172356   +Central Acoustical Supply House,   2300 Hammond Dr,   Schaumburg, IL 60173-3816
8172358   +Chicago Dist Council of Carpenters,   C/O Edward A Kersten,   2 N LaSalle St Ste 1601,
            Chicago, IL 60602-4081
8172357   +Chicago Dist Council of Carpenters,   C/O Scalambrino & Arnoff,   33 North LaSalle Street,
            Suite 1210,   Chicago, IL 60602-3416
8172359   +Chicago Flameproof,   1180 Reliable Pkwy,   Chicago, IL 60686-0001
8172211   +Citizens Bank,   606 S Main St,   Princeton, IL 61356-2080
8839354   +Citizens First National Bank,   C/O Attorney Joseph D. Olsen,   1318 East State Street,
            Rockford, IL 61104-2228
8172360   +Cornerstone,   C/O Donald C. Stinespring,   5414 Hill Rd,   Richmond, IL 60071-9750
8172361   +Culligan,   1217 Logan Ave,   Belvidere, IL 61008-4001
8172362   +Danials Inc,   1650 Mitchell Rd,   Aurora, IL 60505-9579
8172363   +Dee & Bee Fasteners,   75 Eisenhower Lane,   Lambard, IL 60148-5409
8172364   +Don Lucchetti,   38 River Ridge,   Sleepy Hollow, IL 60118-3119
9606800   +Edward Hines Lumber Co,   C/O Hy Addison - Attorney at Law,   1000 Corporate Grove Drive,
            Buffalo Grove, IL 60089-4550
8172365   +Edward Hines Lumber Co,   721 Pearl Ave,   Loves Park, IL 61111-5946
8172366   +Epco Paint,   2538 Green Bay Rd,   Evanston, IL 60201-2200
8172367   +Fastenal,   P O BOX 978,   Winona, MN 55987-0978
8172368   +Fleet,   P O BOX 17192,   Wilmington, DE 19850-7192
8172369   +Gypsum Supply Co,   1125 Harrison,   Rockford, IL 61104-7293
8172370    Home Depot Credit Services,   P O BOX 8075,   Layton, UT 84041-8075
8172371   +MCI,   P O BOX 856053,   Louisville, KY 40285-6053
8172372   +Menards,   C/O Retail Services,   P O BOX 5219,   Carol Stream, IL 60197-5219
8172373   +Mike Goelitz,   327 W. Main St,   Genoa, IL 60135-1147
8172374   +Nextel,   P O BOX 17990,   Denver, CO 80217-0990
8925432   +PPG Architectural Fushes Inc,   400 13th Street,   Louisville, KY 40203-1714
10007430  +Painters District Council No. 30,   % Thomas J Angell, Attorney at Law,
            122 S Michigan Avenue, Ste 1720,   Chicago IL 60603-6145
8172376   +Pittsburgh Paints,   P O BOX 101397,   Atlanta, GA 30392-1397
9857541    RSC Equipment Rental,   3200 N. Harper Lane Suite 100,   Minneapolis, MN 55447
8172377    Rental Service Co,   Daniel E. Rivera,   Rental Service, Co., 3200 Harbor,   Lane N, Suite 100,
            Minneapolis, MN
9785250   +Sherwin Williams Paints,   16W485 South Frontage Rd Ste 110,   Burr Ridge, IL 60527-7151
8172379   +Specialty Products & Insulation,   P O BOX 7777,   Philadelphia, PA 19175-0001
8172380   +Sunbelt Rentals Inc,   P O BOX 409211,   Atlanta, GA 30384-9211
9676901    U S Department of Labor Osha,   365 Smoke Tree Plaza,   North Aurora, IL 60542
8172381   +UPS Lock Box,   C/O D&B RMS,   4836 Brecksville Rd,   Ohio 44286-9177
8172375    US Dept of Labor - OSHA,   Area Director,   365 Smoke Tree Plaza,   North Aurora, IL 60542
8172382   +Verizon,   P O BOX 920041,   Dallas, TX 75392-0041
8172458   +West Bend Mutual,   1900 South 18th,   West Bend, WI 53095-9791
```

The following entities were served by electronic transmission on Oct 17, 2007.

```
8172368   +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 17 2007 04:20:11     Fleet,
            P O BOX 17192,   Wilmington, DE 19850-7192
                                                                              TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8172378    Sherwin Williams Paints,   C/O DeHann & Bach,   11256 Cornell Park Dr Ste 500
                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Oct 16, 2007
Case: 04-09965               Form ID: pdf002       Total Served: 47
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2007**                    **Signature:**        _Joseph Speetjens_