# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-09965 RG  
**Case Name:** PINNACLE CONSTRUCTION SERVICES, INC

**Taxpayer ID #:** 36-4389765  
**Period Ending:** 03/13/08

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-19 - Time Deposit Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 06/17/06 | | FUNDING ACCOUNT: ********5465 | | 9999-000 | 50,000.00 | | 50,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 24.66 | | 50,024.66 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 63.77 | | 50,088.43 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 63.85 | | 50,152.28 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 59.81 | | 50,212.09 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 64.01 | | 50,276.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 62.02 | | 50,338.12 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 37.25 | | 50,375.37 |
| 06/18/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 386.53 | | 50,761.90 |
| 11/16/07 | | Chase Bank | transfer from time deposit account | 9999-000 | 51,077.60 | | 101,839.50 |
| 11/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 315.70 | | 102,155.20 |
| 11/16/07 | | chase Bank | correction of previoius entry | 9999-000 | | 51,077.60 | 51,077.60 |
| 11/16/07 | | chase bank | transfer to checking account | 9999-000 | | 51,077.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 102,155.20 | 102,155.20 | $0.00 |
| | | | Less: Bank Transfers | | 101,077.60 | 102,155.20 | |
| | | | **Subtotal** | | 1,077.60 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,077.60** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-09965 RG  
**Case Name:** PINNACLE CONSTRUCTION SERVICES, INC  

**Taxpayer ID #:** 36-4389765  
**Period Ending:** 03/13/08  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*54-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/04 | {2} | Bank of America | proceeds from debtor's bank account | 1129-000 | 4,030.93 | | 4,030.93 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2000% | 1270-000 | 0.38 | | 4,031.31 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.72 | | 4,032.03 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.83 | | 4,032.86 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at  0.2500% | 1270-000 | 0.86 | | 4,033.72 |
| 01/17/05 | {24} | PPG Industries | payment in full on preferential transfer claim | 1221-000 | 12,107.95 | | 16,141.67 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3000% | 1270-000 | 2.21 | | 16,143.88 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 3.85 | | 16,147.73 |
| 03/21/05 | {20} | The Sherwin-Williams Co. | settlement payment | 1241-000 | 493.29 | | 16,641.02 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3500% | 1270-000 | 4.84 | | 16,645.86 |
| 04/01/05 | 1001 | Janson Reporting & Record Copy, Ltd. | attendance fee re: Lucchetti deposition | 3120-000 | | 90.00 | 16,555.86 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 4.78 | | 16,560.64 |
| 05/04/05 | {25} | Donald A.  Lucchetti | settlement proceeds | 1221-000 | 25,000.00 | | 41,560.64 |
| 05/25/05 | {23} | Rental Service Corp. | settlement proceeds | 1241-000 | 2,500.00 | | 44,060.64 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 10.56 | | 44,071.20 |
| 06/24/05 | {26} | HWZ Distribution Group, LLC | settlement proceeds - Central Accoustica Supply | 1241-000 | 5,132.55 | | 49,203.75 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 14.12 | | 49,217.87 |
| 07/07/05 | {22} | Gypsum Supply Co. | settlement proceeds | 1241-000 | 750.00 | | 49,967.87 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 17.24 | | 49,985.11 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 19.11 | | 50,004.22 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 19.66 | | 50,023.88 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 21.73 | | 50,045.61 |

**Subtotals :**   **$50,135.61**   **$90.00**

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-09965 RG | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | PINNACLE CONSTRUCTION SERVICES, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****54-65 - Money Market Account |
| Taxpayer ID #: | 36-4389765 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 03/13/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 22.63 | | 50,068.24 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.04 | | 50,093.28 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 28.21 | | 50,121.49 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 26.92 | | 50,148.41 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 29.82 | | 50,178.23 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.77 | | 50,210.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.13 | | 50,244.13 |
| 06/17/06 | | ACCOUNT FUNDED: ********5419 | | 9999-000 | | 50,000.00 | 244.13 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.89 | | 264.02 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.18 | | 264.20 |
| 08/22/06 | {6} | Citizens Bank | settlement proceeds re Marco Construction | 1121-000 | 7,500.00 | | 7,764.20 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.33 | | 7,765.53 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.93 | | 7,770.46 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.44 | | 7,775.90 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.11 | | 7,781.01 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.94 | | 7,785.95 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.19 | | 7,791.14 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.88 | | 7,795.02 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.16 | | 7,799.18 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.30 | | 7,803.48 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.30 | | 7,807.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.02 | | 7,811.80 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.44 | | 7,816.24 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.31 | | 7,820.55 |

**Subtotals :**        **$7,774.94**       **$50,000.00**

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-09965 RG
**Case Name:** PINNACLE CONSTRUCTION SERVICES, INC

**Taxpayer ID #:** 36-4389765
**Period Ending:** 03/13/08

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****54-65 - Money Market Account
**Blanket Bond:** $50,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/08/07 | 1002 | Citizens First National Bank | payment of secured claim per Court order of 9/06/07 | 4210-000 | | 5,000.00 | 2,820.55 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.91 | | 2,823.46 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.65 | | 2,825.11 |
| 11/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.70 | | 2,825.81 |
| 11/15/07 | | To Account #********5466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 2,825.03 | 0.78 |
| 11/15/07 | | Chase Bank | interest adjustment | 9999-000 | | 0.78 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57,915.81 | 57,915.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 52,825.81 | |
| | | | **Subtotal** | | 57,915.81 | 5,090.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$57,915.81** | **$5,090.00** | |

{} Asset reference(s)  Printed: 03/13/2008 04:42 PM   V.9.02

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-09965 RG  
**Case Name:** PINNACLE CONSTRUCTION SERVICES, INC  

**Taxpayer ID #:** 36-4389765  
**Period Ending:** 03/13/08  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*54-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/07 | | From Account #\*\*\*\*\*\*\*\*5465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 2,825.03 | | 2,825.03 |
| 11/16/07 | | Chase Bank | transfer from time deposit account | 9999-000 | 51,077.60 | | 53,902.63 |
| 11/16/07 | 101 | James A. Young & Associates, Ltd. | Dividend paid 100.00% on $3,000.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 200.00 | 53,702.63 |
| 11/16/07 | 102 | U.S. Bankruptcy Court | Dividend paid 100.00% on $1,350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 1,350.00 | 52,352.63 |
| 11/16/07 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $10,222.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,222.50 | 42,130.13 |
| 11/16/07 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $30.94, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 30.94 | 42,099.19 |
| 11/16/07 | 105 | Chicago District Council of Carpenters | Dividend paid  27.56% on $40,525.35; Claim# 1A; Filed: $40,525.35; Reference: | 5400-000 | | 11,170.66 | 30,928.53 |
| 11/16/07 | 106 | Painters District Council No. 30 | Dividend paid  27.56% on $85,834.70; Claim# 15A; Filed: $85,834.70; Reference: | 5400-000 | | 23,660.00 | 7,268.53 |
| 11/16/07 | 107 | JOSEPH R. VOILAND | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,268.53 | 0.00 |
| | | | Dividend paid 100.00%        6,183.62<br>on $6,183.62;  Claim# ;<br>Filed: $6,183.62 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        1,084.91<br>on $1,084.91;  Claim# ; | 2200-000 | | | 0.00 |
| | | | **Subtotals :** | | **$53,902.63** | **$53,902.63** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 04-09965 RG | **Trustee:** | JOSEPH R. VOILAND (330380) |
| --- | --- | --- | --- |
| **Case Name:** | PINNACLE CONSTRUCTION SERVICES, INC | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****54-66 - Checking Account |
| **Taxpayer ID #:** | 36-4389765 | **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Period Ending:** | 03/13/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Filed: $1,084.91 | | | | |
| | | | **ACCOUNT TOTALS** | | 53,902.63 | 53,902.63 | $0.00 |
| | | | Less: Bank Transfers | | 53,902.63 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 53,902.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$53,902.63** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **CD # ***-*****54-19** | 1,077.60 | 0.00 | 0.00 |
| **MMA # ***-*****54-65** | 57,915.81 | 5,090.00 | 0.00 |
| **Checking # ***-*****54-66** | 0.00 | 53,902.63 | 0.00 |
| | $58,993.41 | $58,992.63 | $0.00 |

{} Asset reference(s)

Printed: 03/13/2008 04:42 PM    V.9.02